IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF MICHAEL GRAY GOLDING, CURRENTLY LOCATED AT **BALDWIN COUNTY CORRECTIONAL CENTER** | Case No.  21-114-N |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Joshua Charles Cain, being first duly sworn hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of Michael Gray Golding, who is currently in custody and housed at the Baldwin County Correctional Center.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been so employed since January 20, 2020. As an FBI Special Agent, I am authorized to investigate violations of Title 18 of the federal criminal code. I am currently assigned to the Mobile Division's Violent Crimes Squad, where I investigate violent crimes such as Possession of a Firearm by a Prohibited Person (Felon). Prior to my employment with the FBI, I was an enlisted member of the United States Coast Guard Reserves for eight years, three of which were in active duty.

3.      This affidavit is submitted in support of a search warrant for the DNA of Michael Gray Golding, in the Southern District of Alabama. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other law enforcement officers, and from my review of records and reports relating to the investigation.

1

Since this affidavit is being submitted for the limited purpose of securing a search warrant for the DNA of one person, I have not included all facts known to me concerning this investigation. I have set forth only facts which I believe are necessary to establish probable cause for the issuance of this search warrant.

## STATUTORY AUTHORITY

4.      This affidavit is submitted in support of a search warrant for the DNA of Michael Gray Golding, in relation to his alleged violation of 18 U.S.C. 922(g)(1)(Possession of a Firearm by a Prohibited Person) in the Southern District of Alabama.  Section 922(g)(1) prohibits anyone who has been convicted of a felony offense to possess a firearm in or affecting interstate or foreign commerce.

## PROBABLE CAUSE

5.      Based on my experience and training, I am aware that when items, such as firearms, come into direct contact with human skin, DNA is frequently transferred and remains on the firearm. I further understand that cells comprising saliva contain biological materials that are subject to DNA analysis and comparison. The least invasive way to conduct DNA testing is through a buccal swab. A buccal swab is a cotton-tipped applicator that is used to collect cheek cells from inside a person's mouth. These swab kits are specifically designed to maintain and preserve the integrity of the samples in order to achieve a valid test. I am familiar with this method of DNA collection and have participated in the collection of DNA through these buccal swab testing kits on previous investigations. The buccal swabs collected in an investigation like this one are then submitted to the FBI Laboratory for analysis. I understand that the FBI Laboratory utilizes methods that are accepted as standards within the industry for DNA analysis and comparison.

2

6.      On May 5, 2021, the Foley Police Department responded to a call at Corner Stone Lodge, located at 126 County Road 20 W, Foley, Alabama 36535, regarding a subject that possibly had an extraditable warrant out of Virginia. The caller said this subject, Michael Gray Golding, followed him and his adult daughter down from VA. The caller stated that Golding threatened suicide the night prior and was most likely armed. The caller also said Golding was inside his Chevrolet Tahoe, parked on the west side of the building.

7.      Foley Police Department officers approached the vehicle but then backed away as the windows were tinted to a degree in which the officers could not see inside the vehicle to safely determine the potentially armed subject's actions. Foley Police Department dispatch identified the registered owner as Golding from the vehicle tag and verified the full extradition warrant out of Virginia for contempt of court on a possession of a controlled substance with the intent to manufacture charge.

8.      The officers attempted to call Golding out of his vehicle via an activated siren and PA system. Golding did not respond. Foley Police Department utilized equipment to gain video feed from the cracked driver's side window. They were able to see an individual moving around inside. Approximately one hour after Foley Police Department arrived on scene, Golding got out of his vehicle. He complied with officer given commands and was taken into custody. He was the sole occupant of the vehicle.

9.      During the initial interview, Golding stated there was a Glock 23 handgun (Serial Number YHX431) inside the center console of the vehicle. The officers secured it. Golding denied consent to search the vehicle. However, he did not have a valid permit to carry a concealed weapon. The officers conducted a search of the vehicle based upon probable cause, given the lack of permit and the possibility of other weapons.

10.     Inside the vehicle, officers located a sawed-off Remington 870 shotgun (Serial Number B860890M) and ammunition. The vehicle was moved, and a search warrant was obtained to continue the search. Photographs were taken of Golding's vehicle and trailer with property on it, prior to both being moved to the Police Department.

11.     A clear bag containing methamphetamine was located in the front passenger side floorboard. A clear bag containing multiple blue pills (MDMA) was located in the passenger side floorboard. A set of brass knuckles was located in the truck. Three metal tubes with scorch marks and residue believed to have been used to consume narcotics was located in the front passenger floorboard.

12.     Golding has two prior felony convictions in the state of Virginia. They are both from Mecklenburg County in December 2020. One is for Drug Possession (Schedule I or II) and the other is for Disregarding/Eluding Law Enforcement Commands.  On May 5, 2021, Golding knew his status as a convicted felon. All of the firearms recovered from Golding's vehicle were manufactured outside the state of Alabama, therefore they had travelled in or affected interstate commerce.

13.     Attachment A describes the person to be searched. Attachment B describes the items to be seized from that person, and the process that will be used. All statements made in these attachments are adopted herein as if fully set out.

**CONCLUSION**

14.     Based on the above information, the Affiant respectfully submits that there is probable cause that Golding allegedly violated 18 U.S.C. 922(g)(1) Possession of a Firearm by a Prohibited Person (Felon) in the Southern District of Alabama and, therefore, seeks a search warrant to seize Michael Gray Golding's cheek/saliva for purposes of possible comparison to

potential DNA located on the forementioned firearms in custody of the Federal Bureau of
Investigation.

Dated July 13, 2021.

_Joshua Cain_
Joshua Charles Cain
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS
_____ DAY OF JULY 2021

U.S. Magistrate
Judge Katherine
P. Nelson

Digitally signed by U.S.
Magistrate Judge Katherine
P. Nelson
Date: 2021.07.13 15:53:08
-05'00'

UNITED STATES MAGISTRATE JUDGE